IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02347-RPM

DURAN NELSON,

     Plaintiff,

v.

OLIPHANT FINANCIAL, LLC,

     Defendant.

_____

ORDER FOR STATUS REPORT
_____

     On November 3, 2014, counsel filed a Notice of Settlement [8]. Nothing further has been filed and it is now

     ORDERED that counsel shall file a status report on or before January 14, 2015.

     DATED: January 7th, 2015

                                 BY THE COURT:

                                 s/Richard P. Matsch
                                 _____
                                 Richard P. Matsch, Senior Judge