IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02347-RPM

DURAN NELSON,

    Plaintiff,

v.

OLIPHANT FINANCIAL, LLC,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Notice of Voluntary Dismissal [10] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own attorney fees and costs except as specifically agreed in the settlement agreement.

DATED: January 7th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge